IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERNESTO HARO CHAVEZ,

Petitioner,

vs.

MCCOOK DETENTION CENTER WARDEN, in official capacity; TODD W. BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Secretary of Homeland Security; and DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director of U.S. Immigration & Customs Enforcement;

Respondents.

**8:26CV546**

**ORDER**

This matter comes before the Court on the Petitioner's Petition for Writ of Habeas Corpus, Filing No. 1, and Respondents' Motion to Dismiss, Filing No. 10. Respondents contend this Court lacks jurisdiction because Petitioner is not in Nebraska and has never been in Nebraska. Filing No. 13 at 2 (Respondents' brief).

The evidence on Petitioner's location is mixed. In support of its contention that this Court lacks jurisdiction, the federal Respondents submit an affidavit from Quint Erdman, Supervisory Detention and Deportation Officer with ICE. Filing No. 12. Officer Erdman states that Petitioner was arrested in Colorado Springs, Colorado, on July 1, 2026, and has remained detained in Colorado since. Filing No. 12 at 3–4. Officer Erdman provides a screenshot of an ICE electronic record he reviewed which shows Petitioner has been in the Denver Contract Detention Facility since July 1, 2026. Filing No. 12 at 4. Likewise, the Court mailed a copy of its Order to Show Cause to Petitioner at the McCook Detention Facility which was returned as undeliverable, suggesting that Petitioner is not

being held at the McCook Detention Facility under the name "Ernesto Haro Chavez" at the present time. The returned mailing does not, however, demonstrate that Petitioner has never been at the McCook Detention Facility or that the mail was not perhaps returned due to a clerical error such as Petitioner being held under another variant of his name.

Petitioner contradicts the federal Respondents' evidence on jurisdiction. In his verified petition for relief, Chavez states he is being held in the McCook Detention Facility, and the mailing return address of his Petition reflects the same. Filing No. 1 at 4, 26.

The warden of the McCook Detention Facility has filed a motion for leave to file a response out of time which the Court will grant. Filing No. 15. In his response, the warden states, "it is [his] understanding that he is only made a party to this action because Petitioner Ernesto Haro Chavez ("Petitioner") is currently detained at the McCook ICE Detention Center in McCook, Nebraska." Filing No. 15-1 at 1. He then proceeds to state he takes no position on the merits of the habeas petition. However, the warden fails to address whether the Petitioner is, in fact, in his custody or not. Accordingly,

IT IS ORDERED:

1. The Court grants the Warden of the McCook Detention Facility leave to file an answer of out time, Filing No. 15, and deems his response, Filing No. 15-1, to be filed.
2. The Warden of the McCook Detention Facility shall file a supplemental response on or before **October 13, 2026**, stating:
    a. Whether Petitioner Ernesto Haro Chavez is presently or has ever been in his custody at the McCook Detention Facility;

b. If Petitioner Ernesto Haro Chavez is presently or has ever been in his custody at the McCook Detention Facility, the exact dates of the commencement and termination of his custody.

Dated this 1st day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge